DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID COLEN,**
Appellant,

v.

**MUSTAFA SALEH, DVM,** individually, **VETERINARY AND HUMAN PARTNERS INTERNATIONAL LLC** d/b/a **VETFIELD ANIMAL HOSPITAL AND MOBILE VET, GOAL WEB DESIGN LLC** and **JONATHAN BLACK,**
Appellees.

No. 4D20-2350

[March 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes and William Haury, Jr., Judges; L.T. Case No. CACE-15-009338 (18).

David Colen, Port St. Lucie, pro se.

Omar M. Saleh of Florida Legal Consulting, P.A., Sunrise, for appellees Mustafa Saleh, DVM, individually, and Veterinary and Human Partners Int., LLC, d/b/a Vetfield Animal Hospital and Mobile Vet.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***